## IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL M. BLUESTEIN,
          Appellant,

vs.

ELLEN G. BLUESTEIN, N/K/A ELLEN GREEN-MILLER,
          Respondent.

No. 70158

**FILED**

JUN 03 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Pursuant to the settlement conference, the stipulation for voluntary dismissal, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY:_____

cc:    Hon. Cheryl B. Moss, District Judge, Family Court Division
       Carolyn Worrell, Settlement Judge
       Urban Law Firm
       Wright Law Offices
       Eighth District Court Clerk